UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : Criminal No. 00-157 (RCL) |
|---|---|
| v. | : Criminal No. 02-045 (RCL) |
| KENNETH SIMMONS<br>aka Garma-Goo | : |
| RONALD ALFRED<br>aka Boo | : |
| JAMES ALFRED<br>aka Bam | : |
| FRANKLIN SEEGERS | : |
| DEON OLIVER | : |
| KEITH MCGILL | : |

FILED
APR 26 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### 1. KENNETH SIMMONS aka Garma Goo

I. **Narcotics Conspiracy**

**Count One:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1988 and continuing thereafter up to and including November 2000.

Guilty: ✓ 12        Not Guilty ___0___

**Controlled Substances**

(A) Mixtures and substances containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

Proven: ✓ 12        Not Proven ___0___

1

1879

(B) Mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic drug controlled substance.

**Proven** ✓ 12          **Not Proven** 0

(C) Mixtures and substances containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

**Proven** ✓ 12          **Not Proven** 0

(D) Mixtures and substances containing a detectable amount of marijuana, a Schedule I controlled substance.

**Proven** 0          **Not Proven** ✓ 12

If you find the defendant guilty of Count One, narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

### Cocaine

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Proven** ✓ 12          **Not Proven** 0

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Proven**_____          **Not Proven**_____

### Cocaine Base, also known as Crack Cocaine

(A) 50 grams or more of mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine.

**Proven** ✓ 12     **Not Proven** 0

If you are unable to find unanimously that the quantity of cocaine base was 50 grams or more, then you should consider whether the drug quantity was:

(B) 5 grams or more but less than 50 grams of mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine.

**Proven** _____     **Not Proven** _____

### Heroin

(A) 1 kilogram or more of mixtures or substances containing a detectable amount of heroin.

**Proven** 0     **Not Proven** ✓

If you are unable to find unanimously that the quantity of heroin was 1 kilogram or more then you should consider whether the drug quantity was:

(B) 100 grams or more but less than 1 kilogram of mixtures or substances containing a detectable amount of heroin.

**Proven** ✓     **Not Proven** 0

II.     **RICO Conspiracy**

**Count Three:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 1988 and continuing thereafter up to and including November 2000.

Guilty __✓ 12__                              Not Guilty __0__

In order to find the defendant guilty of this Count, you must unanimously find that the defendant agreed that he or some other member of the enterprise would commit at least two of the racketeering acts listed below. You should make unanimous findings with respect to each of the racketeering acts listed below by marking "Proven" or "Not Proven."

**Racketeering Act 1:** Conspiracy to distribute and possess with intent to distribute a controlled substance from on or about sometime in at least 1988 and continuing thereafter up to and including November 2000.

(A) Mixtures and substances containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

Proven __✓ 12__                              Not Proven __0__

(B) Mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a schedule II narcotic drug controlled substance.

Proven __✓ 12__                              Not Proven __0__

(C) Mixtures and substances containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

Proven __✓ 12__                              Not Proven __0__

(D) Mixtures and substances containing a detectable amount of marijuana, a Schedule I controlled substance.

Proven __0__                                 Not Proven __✓ 12__

**Racketeering Act 46:** First-degree murder while armed of Richard Simmons on or about June 30, 1997.

Proven __✓ 12__                              Not Proven __0__

4

**Racketeering Act 55**: Conspiracy to commit murder of Rah-Rah on or about sometime in 1998.

    **Proven** ✓ 12          **Not Proven** 0

**Racketeering Act 59**:

(A) Conspiracy to commit murder of Thomas Walker and Timothy Walker between from on or about May 8, 1999 and July 22, 1999.

    **Proven** ✓ 12          **Not Proven** 0

(B) First-degree murder while armed of Thomas Walker on or about July 22, 1999.
    **Proven** ✓ 12          **Not Proven** 0

III.     **Homicide Counts**

**Count Fifty-Three:** First-degree murder while armed of Richard Simmons on or about June 30, 1997.

Guilty ✓ 12                              Not Guilty 0

**County Fifty-Four:** Murder in aid of racketeering activity of Richard Simmons on our about June 30, 1997.

Guilty ✓ 12                              Not Guilty 0

**County Seventy:** First-degree murder while armed of Thomas Walker on or about July 22, 1999.

Guilty ✓ 12                              Not Guilty 0

**County Seventy-One:** Murder in aid of racketeering activity of Thomas Walker on or about July 22, 1999.

Guilty ✓ 12                              Not Guilty 0

6

IV.  **Firearm Counts**

**Count Eighty-Seven:** Use of a firearm during and in relation to a crime of violence or drug trafficking crime on or about June 30, 1997 (Murder in aid of racketeering activity of Richard Simmons).

Guilty ✓ 12                    Not Guilty  0

**Count Ninety-Five:** Use of a firearm during and in relation to a crime of violence or drug trafficking crime on or about July 22, 1999 (Murder in aid of racketeering activity of Thomas Walker).

Guilty ✓                    Not Guilty _____

4·22·04
**DATE**

#10
**FOREPERSON**
**(SIGN JUROR NUMBER ONLY)**