**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 00-157-12 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **KENNETH SIMMONS** | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel for Kenneth Simmons respectfully moves this Court to withdraw as counsel.  The reasons for this motion are as follows:

1.  Undersigned counsel has accepted employment in the State of California and will be closing her practice in the District of Columbia and leaving the jurisdiction as soon as possible.

2.  Undersigned counsel was second counsel to Attorney Joseph Beshouri for Mr. Simmons, and Mr. Beshouri will remain counsel for Mr. Simmons until such time the current phase of the case is pending.

3.  Undersigned counsel has informed government counsel of the need to withdraw and government counsel has no objection to the motion.  Mr. Simmons has already moved the Court in a *pro se* motion to remove counsel as his attorney, and therefore, he should have no objection to this motion.

WHEREFORE, for the reasons stated above, and any other that this Honorable Court deems just and proper, undersigned counsel respectfully moves to withdraw as counsel in this case.

Respectfully submitted,

_____
Lexi Negin Christ
Bar Number 446153
419 Seventh St., N.W., Suite 201
Washington, D.C.  20004
(202) 370-0206