UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Vs.

Kenneth C. Simmons

CR. NO. 00-157 (RCL)

FILED
MAR 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION REQUESTING WITHDRAWAL OF COUNSEL

Comes now, Defendant Kenneth C. Simmons, Pro-se, move that this Honorable Court grant leave for withdrawal of Counselor Joseph Beshouri, from representation of Counsel for the Defendant previously appointed by this Honorable Court herein.

(1) As grounds for the above mention request, I the Defendant state the following, there has been very little contact between myself and my attorney; so I feel that at this time that he doe's not have my best inerest at heart, and I believe that he has not adequately prepared to present a visable defense in my behalf.

See ABA'S 4.1: " Failure to investigate my case to it's fullest, in order to put up the proper defense in my behalf (Client). Moran v. Burbine, 475 U.S. 412, 422 (1986).
Strickland V. Washington, 104A S.Ct. 2052 (1984); United States V. Hamid, 461 A. 2d, (D.C. 1983), Cert. denied 464 S. Ct. 1046 (1984).
Dyson V. United States, 418 A. 2d. 127, (1980 D.C.);
Johnson V. United States, 413 A. 2d. 499 (D.C. 1980);
Rindgo V. United States, 411 A.2d 373, (D.C. 1980);
Geders V. United States, 425 S. Ct. 90 (1976); and
United States V. Allen, 542 F. 2d 630 (Ca4 1976).

RECEIVED
MAR 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(2) The majority of the circuits have extended the Pro-se reversal rule of Geders to cover lesser restriction on consultation.
Crutchfield V. Wainwright, 803 F. 2d 1103, 38 Crl. 2068 (Ca11 1986);
Mudd V. United States, 798 F. 2d 1509, 1511, 39 Crl. 2431 (D.C. 1986);

United States v. Conway, 632 F. 2d 641 (CA5 1980), (any recess no matter how brief);

United States v. Bryant, 545 F. 2d 1035 (CA6 1976), (one hour lunch recess).

In Dieta, two other circuits have agreed with the eleventh and the fifth.

Mudd v. United States, supra; United States v. Vesass, 586 F. 2d 101, 102 n.2 (CA8 1978).

Wherefore, I (Defendant) respectfully move that this Honorable Court withdraw my present attorney, Joseph Beshouri from the instant offense/offenses.

Respectfully submitted,

_Kenneth Simmons_
PRO-SE

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS 12 DAY OF _____ 2006 (YEAR)
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 2008

cc: