UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 00-157 (RCL) |
| KENNETH SIMMONS (12), | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

On August 2, 2006, defendant Kenneth Simmons, *pro se*, filed a Motion [2291] to Dismiss Indictment for Prosecutorial Misconduct or for a New Trial, and a Request for an Evidentiary Hearing. Upon consideration of the defendant's motion, and the entire record herein, it is hereby

ORDERED that defendant's Motion to Dismiss the Indictment, and his Alternative Motion for a New Trial and for an Evidentiary Hearing are each DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 4, 2006.