Copies to: Judge
AUSA - Special Proceedings
Dft.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH SIMMONS

V.

UNITED STATES
OF AMERICA

00 CR 00157-12 RCL

FILED
MAY 14 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
DEC 14 2011
CHAMBERS OF
JUDGE LAMBERTH

MOTION

NEWly DISCOVERED EVIDENCE

I, Kenneth Simmons pro'se bring this Motion before this Honorable Court. I was charged with the murder of Richard Simmons. The indictment

RECEIVED
Mail Room
DEC -9 2011
Angela D. Caesar, Clerk of Court
District Court, District of Columbia

Alleged that on or about June 30, 1997, in the District of Columbia, a co-conspirator not indicted herein met with Kenneth Simmons, aka Gamma Goo, and authorized Kenneth Simmons, aka Gamma Goo, to arrange the murder of Richard Simmons, who had been telling various individuals that the co-conspirator was cooperating with law enforcement. The government claim that Walter Fleming came forward with the information concerning the murder of Richard Simmons.

②

According to Walter Fleming Rule 35 motion, the government claim that Fleming volunteer the information, concerning the murder of Richard Simmons. When in fact, Tyrone Smallwood, an informer for the F.B.I., informed the F.B.I. in 1997 that Walter Fleming had Richard Simmons killed. The government never turnover Tyrone Smallwood F.B.I. 302's reports or Tyrone Smallwood body wire conversations of Walter Fleming confessing to the drugs and money from his Silver Spring, Md.,

③

apartment. Walter Fleming testified in Eastern District of Virginia, Alexandria Division. In UNITED STATES V. Thomas E. Smith and Tyrone Smallwood on Ferbruary 12, 2004. Tyrone Smallwood was an informer for the Washington D.C. field office in 1997. Tyrone Smallwood is Walter Fleming cousin that informed on Fleming to get him arrested on his charges. During Walter Fleming testimony in Smallwood trial, the prosecutor in that case asked Fleming did he know

(4)

that Tyrone Smallwood informed the F.B.I. about his involvement in the Richard Simmons murder. If the prosecutors in my case would have turn-over Smallwood F.B.I. 302's reports I could have impeach F.B.I Daniel Sparks and Walter Fleming. Fleming trial testimony in Tyrone Smallwood show that the drugs and money from were his and not mine as he claimed in my trial. If the government would have turn-over the body wire of Tyrone Smallwood and Walter Fleming conversation concerning

(5)

the drugs and money seized from Fleming apartment, in Silver Spring, Md. If I had those body wire conversations I could have impeach Fleming. For the government violating their Brady obligations. I am requesting an evidentiary hearing.

In conclusion:

I am also requesting dismissal of the indictment or dismiss the counts pertaining to the murder of Richard Simmons and a new trial do to the government knowingly and intentionally solicited knew perjury

⑥

from Walter Fleming, concerning the drugs and money from his Silver Spring, apartment.

Sincerely,
Kenneth Simmons

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 00-157-12 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| THOMAS E. SMITH, a/k/a "Anthony Young," | ) | 03-245-A |
| "Billy Q"; and TYRONE SMALLWOOD, | ) | |
| | ) | |
| Defendants. | ) | |

JURY TRIAL

VOLUME 4

Thursday, February 12, 2004

FILED
MAY 1 4 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

BEFORE:      THE HONORABLE T.S. ELLIS, III
             Presiding

APPEARANCES: OFFICE OF THE UNITED STATES ATTORNEY
             BY:  ERIK R. BARNETT, AUSA
                  BRIAN D. MILLER, AUSA
                  MICHAEL E. RICH, AUSA

             For the Government

             IVAN A. DAVIS, ESQ.
             THOMAS ABBENANTE, ESQ.           Exhibit (D)

             For Defendant Smith

             LANA MARIE MANITTA, ESQ.
             FRANK SALVATO, ESQ.

             For Defendant Smallwood

---

MICHAEL A. RODRIQUEZ, RPR/CM/RMR
Official Court Reporter
USDC, Eastern District of Virginia
Alexandria, Virginia

1  Q. A cousin in what way?

2  A. His mother and my mother is sisters. They have the same

3  father.

4  Q. Did Tom Smith have a nickname?

5  A. Yeah. They used to call him Billy Q.

6  Q. Did they have any -- what kinds of drugs did they have

7  at the 49th Street apartment?

8  A. Basically cocaine. They were selling weed at one time,

9  marijuana.

10 Q. Did you use drugs?

11 A. Oh, no.

12 Q. Did they use drugs?

13 A. Yeah, they would smoke. They smoked marijuana.

14 Q. I would like to direct your attention to July 11, 1996.

15 Can you tell us what happened on that day?

16 A. On July '96, the police, the FBI ran into my house,

17 couple of my associates' house at the time. They ran in the

18 house, searched the house, took money from me and a gun, and

19 that's it; and let me go, just took all the paperwork, and ran

20 in all the house.

21       So, later on that day I called Achille, called

22 Carlos, and Kenny Simmonds, and we all hooked up that day.

23 And I called Ty. And we all hooked up that day at

24 Bannica (phon.) Pool to the talk about the raid and stuff.

25 And they hit -- that day they hit Achille, Carlos Cardoza and

|    |    |
|----|----|
| 1  | Levi Hill -- but he got locked up. |
| 2  | And the ones they ain't hit was Gommagoo -- |
| 3  | that's Kenny Simmonds, Tyrone. And basically we hooked up at |
| 4  | Bannica, because Ty used to work at what that Bannica swimming |
| 5  | pool. We hooked up Bannica to see -- you know, all of us got |
| 6  | together to see what was going on. |
| 7  | So after we hooked up at Bannica, I asked Ty to |
| 8  | go up to my -- I had an apartment at Silver Spring, to see if |
| 9  | they raided the apartment. Because I didn't want to go up |
| 10 | there. So Ty and Bianca went up there and checked the |
| 11 | apartment for me. |
| 12 | Q.  Going back to July 11th, 1996, the house that was |
| 13 | searched, I think you referred to, who lived there? |
| 14 | A.  Me, my wife and my two kids. |
| 15 | Q.  Were you upset? |
| 16 | A.  Oh, yes. |
| 17 | Q.  And you mentioned Bannica? |
| 18 | A.  Yes. |
| 19 | Q.  That's what, a -- |
| 20 | A.  Bannica is a rec., a pool, a swimming pool in |
| 21 | Washington, D.C., on Georgia Avenue. |
| 22 | Q.  Was it during the daytime? |
| 23 | A.  Oh, yes. |
| 24 | Q.  Was it open? |
| 25 | A.  Oh, yeah, it was open. |

| | |
|---|---|
| 1  | Levi Hill -- but he got locked up. |
| 2  | And the ones they ain't hit was Gommagoo -- |
| 3  | that's Kenny Simmonds, Tyrone. And basically we hooked up at |
| 4  | Bannica, because Ty used to work at what that Bannica swimming |
| 5  | pool. We hooked up Bannica to see -- you know, all of us got |
| 6  | together to see what was going on. |
| 7  | So after we hooked up at Bannica, I asked Ty to |
| 8  | go up to my -- I had an apartment at Silver Spring, to see if |
| 9  | they raided the apartment. Because I didn't want to go up |
| 10 | there. So Ty and Bianca went up there and checked the |
| 11 | apartment for me. |
| 12 | Q.  Going back to July 11th, 1996, the house that was |
| 13 | searched, I think you referred to, who lived there? |
| 14 | A.  Me, my wife and my two kids. |
| 15 | Q.  Were you upset? |
| 16 | A.  Oh, yes. |
| 17 | Q.  And you mentioned Bannica? |
| 18 | A.  Yes. |
| 19 | Q.  That's what, a -- |
| 20 | A.  Bannica is a rec., a pool, a swimming pool in |
| 21 | Washington, D.C., on Georgia Avenue. |
| 22 | Q.  Was it during the daytime? |
| 23 | A.  Oh, yes. |
| 24 | Q.  Was it open? |
| 25 | A.  Oh, yeah, it was open. |

| | | |
|---|---|---|
| 1 | Q. | And who was at that meeting again? |
| 2 | A. | It was me, Tyrone Smallwood, Kenny Simmonds, Achille and |
| 3 | | Carlos Cardoza. |
| 4 | Q. | And who worked there? |
| 5 | A. | Tyrone Smallwood. |
| 6 | Q. | Who was carrying guns? |
| 7 | A. | All of us, except for Carlos. Carlos, he wasn't a gun |
| 8 | | carrier, so. |
| 9 | Q. | Now, who in your drug conspiracy got searched on that |
| 10 | | day? |
| 11 | A. | It was a lot of them. On my side, it was me, Carlos |
| 12 | | Cardoza, Donny, Levi, Achille. That's on my side. Darwin |
| 13 | | Joseph. |
| 14 | Q. | Who in your drug conspiracy did not get searched? |
| 15 | A. | Kenny Simmonds, Tyrone Smallwood, Jerry Booker. |
| 16 | Q. | And when you refer to Tyrone Smallwood, was there anyone |
| 17 | | living with him at the time? |
| 18 | A. | Thomas, Tom Smith. |
| 19 | Q. | Now, have you heard the term "hot" before? |
| 20 | A. | Yes. |
| 21 | Q. | What does it mean? |
| 22 | A. | It means that the person cooperate with the government. |
| 23 | Q. | And how does that affect that person's personal safety? |
| 24 | A. | If you hot on the street, like as myself, around '96, or |
| 25 | | after the FBI ran into my house, people had -- the dude named |

1  Richard Simmonds put a rumor out that I was working with the
2  police, I was hot. So, that affect you tremendously. It
3  affect me, because my life was on the line.
4  Q.    And you said a rumor?
5  A.    Yes.
6  Q.    And what was the rumor again?
7  A.    The rumor was I was hot, I was cooperating with the law
8  enforcement.
9  Q.    What did you do about that?
10 A.    Basically, after I found out who did it, Richard
11 Simmonds, he had some paperwork that he got from Levi Hill.
12 Levi was incarcerated at that time, because they ran in his
13 house, but they kept Levi.
14          So, Levi had some paperwork with my name on it,
15 where I lived at, the house they ran in, how much money they
16 took out, the guns and all that. So Richard was giving it to
17 people, saying "Big hot. Big hot."
18          So I got the paper back from him and I approached
19 him at his -- I went down to his store, he had a little
20 clothing store. Me and Tyrone went down there, and I
21 approached him, tell him, you know, "Why you putting rumors
22 out I was hot?" And I wasn't cooperating with the police at
23 the time. So, that's a big rumor. My life was on the line
24 then.
25 Q.    Did you have a gun with you?

1   who knew about it on my side was me, Ty and Kenny Simmonds.

2   And I know Kenny ain't cooperating.

3   Q.    How did Ty know about it?

4   A.    Because I told him.

5   Q.    Did you tell anyone else?

6   A.    No.

7   Q.    And had the FBI asked you about Richard Simmonds prior

8   to that time?

9   A.    Yes.

10   Q.    Do you remember what year, approximately?

11   A.    Approximately about '99, when I first took my plea

12   agreement.

13   Q.    What did you tell them?

14   A.    That I knew him, and that's it.

15   Q.    And in October, you told them more?

16   A.    Yes.

17   Q.    Now, as you sit here this morning, do you know that

18   Tyrone Smallwood told the FBI about your involvement with

19   Richard Simmonds?

20   A.    Not now, because as I sit here now, a lot of people was

21   cooperating on that, on that case, that Kevin Gray case.  So,

22   basically, I don't really know who really told them about the

23   Richard Simmonds murder, to cop on me.

24   Q.    When did you tell the FBI about Tyrone and Tom's murder

25   of Conrad Shelton?

1   account his late coming with the information.
2   THE COURT: All right.
3   ATTORNEY SALVATO: That's not what is reflected
4   in the Rule 35.
5   THE COURT: This Rule 35 is a statement by a
6   prosecutor. I am not going to permit it. I am not going to
7   permit you -- you may use it to cross-examine and that sort of
8   thing, but I am not going to permit it. It doesn't reflect
9   that. It doesn't reflect what you say.
10  It says pursuant to his plea agreement, he spoke
11  with investigators about a crime he wasn't charged with, and
12  he volunteered it on June 30th -- it doesn't say when he
13  volunteered it. It doesn't say that he --
14  ATTORNEY SALVATO: It doesn't say when he
15  volunteered it, is the point.
16  THE COURT: We don't know what the judge is being
17  told in the argument. It's not fair. It is not fair. You
18  may cross-examine him about it.
19  Really what you are attempting to do is impeach,
20  not the witness but the prosecutors, and I am not going to
21  permit that. They are not on trial.
22  ATTORNEY ABBENANTE: Your Honor, I just want, for
23  the record, with respect to the record, join in the
24  submission.
25  The Court didn't recall, in the colloquy here,