# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **v.** <br><br> **RONALD ALFRED (18),** <br><br> Defendant. | **Case No. 00-cr-157 (RCL)** |

## ORDER

Upon consideration of counsel's motion [2654] to withdraw, the Court hereby **GRANTS** the motion and directs the Federal Public Defender for the District of Columbia to designate new counsel for defendant.

It is **SO ORDERED.**

SIGNED this  27th  day of April, 2020.

/s/
Royce C. Lamberth
United States District Court Judge

1