# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:00-CR-0157-RCL |
| ) | |
| KEVIN GRAY, et al. ) | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Pamela S. Satterfield is counsel of record in the above-captioned case.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar Number 4444188

MARGARET J. CHRISS
Chief, Special Proceedings Division
D.C. Bar Number 452-403

_____/s/_____
PAMELA S. SATTERFIELD
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W.
Washington, D.C. 20530
D.C. Bar Number 421-247
Pamela.satterfield@usdoj.gov
202-252-7578

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 8th day of July, 2020, I caused a copy of the foregoing Notice of Appearance to be served via ECF on counsel of record.

                                                                     \_\_/s/_____
                                                                     Pamela S. Satterfield
                                                                      Assistant United States Attorney