UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KENNETH SIMMONS

*Defendant.*

Case No. 1:00-cr-157-RCL-12

## ORDER

The Federal Public Defender will shortly appoint new counsel for the defendant. Upon the appearance of the defendant's new counsel, the Court **ORDERS** new counsel for the defendant and for the United States to meet and confer and to propose a schedule for how the Court should address the question the Circuit remanded to this Court: "whether the admission of the drug report evidence affected the jury's findings as to the *quantities* of drugs involved in the charged conspiracies and, if so, which counts or quantity findings (if any) must be vacated with respect to each appellant." *United States v. McGill*, 815 F.3d 846, 892 (D.C. Cir. 2016).

The Court further **ORDERS** counsel the defendant and for the United States to meet and confer and to propose a schedule for an evidentiary hearing to address Mr. Simmons's "claims that his counsel rendered constitutionally ineffective assistance during the trial itself." *See id.* at 934.

The parties shall file a joint report within thirty days of the appointment of new counsel advising the Court as to how they believe the Court should proceed.

It is **SO ORDERED**.

Date: 9/10/20

Royce C. Lamberth
United States District Judge