UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KEVIN GRAY, et al.,

    *Defendants.*

Case No. 1:00-cr-157-RCL

## ORDER

Before the Court is a Motion [2650] for Replacement Order on Interim Vouchers, designed to govern all counsel, paralegals, investigators, and experts under the Criminal Justice Act. This Order replaces an earlier March 26, 2019 Order [2647], which is hereby **VACATED**.

Because of the expected length and complexity of the proceedings in this matter, it is hereby **ORDERED** that the motion is **GRANTED** as provided herein.

It is further **ORDERED** that the following provisions shall govern interim payments in this case:

- Each month, counsel and expert service providers may submit to the Office of the Federal Public Defender interim CJA Form 20 and/or CJA Form 21, as appropriate, setting forth an itemization of compensation earned and reimbursable expenses incurred. The Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $11,800 for counsel and $2,600 for experts services, and for all reimbursable expenses reasonably incurred during the interim period.

- To the extent that the first interim voucher or any subsequent interim voucher cumulatively seek hourly compensation exceeding the per-case ceiling, these

vouchers must be approved by both this Court and the Chief Judge of the Circuit, or his designee, before disbursement can be made.

- At the conclusion of the representation, each counsel shall submit a final voucher seeking payment for representation provided during the final interim period. After review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit any excess voucher to the designated Judge of the United States Court of Appeals for the District of Columbia Circuit for a review and approval.

**IT IS SO ORDERED.**

Date: 9/11/20

Royce C. Lamberth
United States District Judge

Date: 9/11/2020

Robert L. Wilkins
United States Circuit Judge