UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH SIMMONS,

vs

CR 00-157-12 RCL

UNITED STATES OF AMERICA

*Let this be filed*
*Motion GRANTED.*
*Federal Public Defender*
*to designate new counsel.*
*Roger C. Lovette*
*U.S.D.J.   9/10/20*

MOTION FOR APPOINTMENT OF COUNSEL

I, Kenneth Simmons, pro se humbly are request that this honorable court appoint movant counsel for the 2255 Motion.

**(Federal Habeas Corpus 28 Section U.S.C. § 2255)**

Movant is requesting an attorney for many reasons (1) Movant is a lay person of the court. (2) Movant's trial and appeal were real lengthy.

(3) There were evidence and information discovered during movant's appeal that wasn't disclosed during movant's trial or during the discovery phase of movant's case. Movant is going to need an attorney to help locate those documents thats need to assist movant with 2255 Motion.

For the above reasons, movant humbly request that this honorable court grant this motion.

Yours Sincerely

Kenneth Simmons

Kenneth Simmons

DEC 22