UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:00-cr-157-RCL-14 |
| | ) | |
| CALVIN SMITH | ) | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT RESPONSE ON REMAND
## FOR DEFENDANT CALVIN SMITH

The parties met and conferred and propose the following in response to the Court's recent orders in this case:

1. The U.S. Court of Appeals for the D.C. Circuit remanded this case for an evidentiary hearing on defendant's ineffective assistance claim on appeal, to wit, "whether trial counsel failed to provide constitutionally adequate assistance in electing not to call Leo Benbow as a witness." *See United States v. Moore*, 651 F.3d 30, 85-89 (D.C. Cir. 2011). The parties propose a hearing date of March 1, 2021 to allow counsel for both parties time to research the trial record, find witnesses, and prepare memoranda for the court on defendant's ineffective assistance of counsel claim and, potentially, other related issues.

2. Counsel for the parties met and conferred pursuant to the Court's Order (*see* ECF 2669) and are unclear whether the *Bullcoming* remand issue applies to defendant. The complexity of the case and handling of the various counts require further research by counsel to determine whether the remand by the U.S. Court of Appeals for the D.C. Circuit to determine "whether the admission of the DEA reports was error under *Bullcoming* and which counts underlying the judgment of conviction must be vacated because the government cannot establish

that the error was harmless beyond a reasonable doubt," *see United States v. Moore*, 651 F.3d 30, 74 (D.C. Cir. 2011), applies to defendant. Due to the coronavirus pandemic, counsel for defendant has been unable to secure the trial record in this case and prior counsels' files; thus, the parties propose to respond back to the Court by October 30, 2020 whether the *Bullcoming* issue applies to defendant and how the parties propose the issue should be handled.

WHEREFORE, defendant moves this Court to issue a scheduling order consistent with the above joint proposal.

Respectfully submitted,

*/s/ Erek L. Barron*
Erek L. Barron, Esq.
Whiteford, Taylor & Preston L.L.P.
111 Rockville Pike, Suite 800
Rockville, MD  20850
Phone: (301) 804-3613
Email: ebarron@wtplaw.com

*Counsel for the Defendant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 1st day of October, 2020, I caused this *Joint Respond on Remand for Defendant Calvin Smith* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users in this matter.

*/s/ Erek L. Barron*
Erek L. Barron