UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 00-157-12 (RCL) |
| v. | : | |
| KENNETH SIMMONS | : | |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE BRIEFING AND HEARING SCHEDULE

Defendant Kenneth Simmons respectfully moves this Court to continue the briefing schedule in this case for an additional ninety (60) days. Undersigned has spoken to the prosecutor assigned to this case and the Government does not object to the request. In support of this motion, the defense represents as follows:

This case is currently before the Court on remand from the Court of Appeals, both with respect to the issue of drug quantity and the defendant's claim of ineffective assistance of trial counsel. Undersigned has obtained and reviewed a significant of the record of the trial proceedings in this case. The volume of remaining material, however, is still significant.

Moreover, undersigned has encountered significant problems in communicating with the defendant about this case, since he was moved from one Bureau of Prisons facility to another and was placed in quarantine for more than a month. Undersigned has communicated with Mr. Simmons via CORRLINKS, but that email system is not secure. It has been enormously complicated to arrange for even a phone call with the defendant. Undersigned needs to consult in detail with the defendant in more detail about certain aspects of the case – particularly as they relate to the claim of ineffective assistance of counsel.

In addition, there is currently pending before the Court a motion to dismiss the case filed on behalf of other defendants relating to an alleged speedy trial violation. The outcome of that legal issue could also affect the result in defendant Simmons' case.

For all of these reasons, the parties submit the following proposed dates:

Defendant's Initial Brief To Be Filed on October 4, 2021

The Government's Opposition To Be Filed on December 6, 2021

The Reply To Be Filed on February 4, 2022.

The parties will consult concerning a proposed date in the event that an evidentiary hearing is needed in the case and advise the Court accordingly.

A Proposed Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney Pamela Satterfield, 555 4th Street, N.W. Washington, D.C. this 3rd day of August, 2021.

*Robert Feitel*

_____

Robert Feitel