UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 00-157-12 (RCL) |
| v. | : | |
| KENNETH SIMMONS | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the defendant's Unopposed Motion To Continue the briefing schedule in this case, and the entire record herein, it is this _4th_ day of August, 2021

**ORDERED**, that the motion is granted and the parties are to file the pleadings in this case as follows:

Defendant's Initial Brief To Be Filed on October 4, 2021

The Government's Opposition To Be Filed on December 6, 2021

The Reply To Be Filed on February 4, 2022.

**IT IS FURTHER ORDERED,** that at the conclusion of the briefing schedule, the parties will confer and suggest dates to the Court in the event that an evidentiary hearing is needed.

Royce C. Lamberth
United States District Judge